Timothy P. Maloney, Fitch, Even, Tabin & Flannery, Chicago, IL, argued for plaintiff-appellant. Also represented by Joseph F. Marinelli, Alison Aubry Richards, Nicole L. Little; Steven C. Schroer, Boulder, CO.

James Christopher Martin, Reed Smith LLP, Pittsburgh, PA, argued for defendant-appellee. Also represented by Kirsten Rydstrom; Gerard M. Donovan, Washington, DC; Christine M. Morgan, William Ross Overend, San Francisco, CA.

NEWMAN, SCHALL, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**In re Daniel J. NOBLITT, Appellant.**

No. 2015–1876.

United States Court of Appeals, Federal Circuit.

April 21, 2016.

Daniel J. Noblitt, The Noblitt Group, PLLC, Scottsdale, AZ, argued pro se.

Robert McBride, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by Thomas W. Krause, Amy J. Nelson.

NEWMAN, SCHALL, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Robert J. SOVIS, Claimant–Appellant**

v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2015–7078.

United States Court of Appeals, Federal Circuit.

April 21, 2016.

Katherine A. Helm, Simpson Thacher & Bartlett, LLP, New York, NY, argued for claimant-appellant. Also represented by Francis John Acott.